**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7928**

---

KEITH LEMONT SANDERS,

Plaintiff - Appellant,

versus

W. KIMBER EXTINE, Deputy Sheriff of York
County,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Raymond A. Jackson, District
Judge.  (CA-03-727-2)

---

Submitted:  April 16, 2004            Decided:  April 27, 2004

---

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Keith Lemont Sanders, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Keith Lemont Sanders appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Sanders v. Extine</u>, No. CA-03-727-2 (E.D. Va. filed Oct. 27, 2003 & entered Oct. 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>